**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

IN RE:
HEZZIE PIERCE HOLDEN, JR., CASE NO. 3:26-bk-31832-SHB
Chapter 13

Debtor.

**NOTICE OF HEARING**

**Notice is hereby given:**

**A hearing will be held on the Motion for Adequate Protection on November 4, 2026 at 9:00 a.m. in Courtroom 1-C, United States Bankruptcy Court, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

**MOTION OF KNOXVILLE TVA EMPLOYEES CREDIT UNION
FOR ADEQUATE PROTECTION**

Knoxville TVA Employees Credit Union ("Credit Union"), by and through counsel, moves the Court for entry of an Order requiring adequate protection payments to the Credit Union and states the following in support thereof:

1. This Chapter 13 case was filed on September 8, 2026 and Debra L. Miller is the duly appointed and acting Trustee in the case.

2. The Credit Union is the holder of a Note and Security Agreement dated September 9, 2021 secured by a lien on a 2015 Chevrolet Camaro. A copy of the note, security agreement, and the title, which evidences perfection of the lien, are attached hereto as **Exhibit A**. The balance owed on the Credit Union's debt for the Chevrolet is $12,941.67. This loan created a purchase-money security interest in favor of the Credit Union.

3. The above-described Chevrolet is depreciating in value by at least $300.00 per month. Based upon the depreciating value of its collateral, the Credit Union avers that it is entitled to an order requiring the Trustee to make adequate protection payments to the Credit Union

pursuant to 11 U.S.C. § 1326 (a)(1)(C).

**WHEREFORE**, Knoxville TVA Employees Credit Union respectfully requests the entry of an Order requiring Adequate Protection Payments.

s/ *Jason L. Rogers*______________________
JASON L. ROGERS (BPR #039136)
Attorney for Knoxville TVA Employees Credit Union
**HODGES, DOUGHTY & CARSON, PLLC**
P.O. Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the **Motion for Adequate Protection Payments** and **Order for Adequate Protection Payments**, including actual copies of the attachments or their pertinent excerpts, and **Notice of Hearing** have been served upon the following individuals by placing same in the U.S. Mail postage prepaid (USM) or electronically (ECF):

Hezzie Holden, Jr. (USM)
232 Old Cades Cove Road
Townsend, TN 37882

John P. Newton, Jr. (ECF)
8351 E. Walker Springs Lane
Suite 100
Knoxville, TN 37923

Debra L. Miller, Trustee (ECF)
Office of the Chapter 13 Trustee
P. O. Box 59030
Knoxville, TN 37950

This the 12th day of October 2026.

s/*Jason L. Rogers*______________
JASON L. ROGERS